■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM HENSLER, Indicted as WILLIAM THOMPSON, Appellant.— Order entered on December 2, 1959, denying defendant's application for a writ of error *coram nobis*, unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ NAT KOSLOW, INC., Respondent, v. JACK N. RUBIN, Appellant, et al., Defendants.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ THOMAS FERGUSON, Respondent, v. UNITED STATES TRUCKING CORP., Appellant.— Order entered on June 15, 1960, granting plaintiff's motion, pursuant to rule 113 of the Rules of Civil Practice, for summary judgment, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of STANLEY KAPP, on His Own Behalf and on Behalf of Other Tenants of 25 E. 86th Street, Borough of Manhattan, Similarly Situated, Appellant, v. ROBERT E. HERMAN, as State Rent Administrator, et al., Respondents.— Order entered on October 4, 1960, sustaining the adoption by the State Rent Administrator of increases in maximum legal rents, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ DE REIMER AUTO LAUNDRY, INC., Appellant, v. THOMAS J. FILOMIO et al., Respondents, et al., Defendants.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ DE REIMER AUTO LAUNDRY, INC., Appellant, v. THOMAS J. FILOMIO et al., Defendants, and TERRY MOTTOLA et al., Individually and as Copartners Doing Business as FLORENCE SERVICE STATION, Respondents.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.